# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>Timothy Drue Thieme<br>DEBTOR(S) | CASE NO.  16-31979<br>CHAPTER 13 |

## AMENDED RESPONSE TO TRUSTEE'S
## MOTION TO DEEM MORTGAGE CURRENT

NOW COMES, U.S. Bank Trust National Association, as Trustee of the LB - Igloo Series IV Trust (hereinafter referred to as Creditor), by and through its attorneys, McMichael Taylor Gray, LLC and files this Amended Response to Trustee's Motion to Deem Mortgage Current filed on November 5, 2021 (Doc.No. 58).

1. Creditor agrees that the amount required to cure the pre-petition delinquency as set forth in Creditor's claim a has been paid in full.

2. Creditor agrees that the account is current. The Debtor is contractually due for November 1, 2021.

This 18th day of November, 2021.

/s/ Mark A. Baker  
Mark A. Baker  
NC Bar No. 32382  
McMichael Taylor Gray, LLC  
3550 Engineering Drive  
Suite 260  
Peachtree Corners, GA 30092  
404-474-7149  
mbaker@mtglaw.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE:<br><br>Timothy Drue Thieme<br>DEBTOR(S) | CASE NO.  16-31979<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **AMENDED RESPONSE TO TRUSTEE'S MOTION TO DEEM MORTGAGE CURRENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Timothy Drue Thieme
8139 Bud Henderson Rd.
Huntersville, NC 28078

**Via CM/ECF electronic service:**
Beth Carter
The Law Office of Beth B Carter, PLLC
P.O. Box 1553
Denver, NC 28037

Jenny P. Holman
Office of the Chapter 13 Trustee
5970 Fairview Rd
Suite 650
Charlotte, NC 28210

This 18th day of November, 2021.

/s/ Mark A. Baker
Mark A. Baker
NC Bar No. 32382
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404-474-7149
mbaker@mtglaw.com